IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| Karen Reynolds, | ) | |
| | ) | C.A. No. 0:10-03085-JFA |
| Plaintiff, | ) | |
| | ) | **ORDER OF STAY** |
| v. | ) | |
| | ) | |
| Cox Enterprises, Inc. Welfare Benefits Plan, | ) | |
| | ) | |
| Defendant. | ) | |

This action is brought by Plaintiff seeking certain long term disability benefits under the Cox Enterprises, Inc. Welfare Benefits Plan (the "Plan"). Claims under the Plan are administered by Aetna Life Insurance Company ("Aetna"). The Court is advised that both parties desire a stay of this case so that clarification may be obtained with respect to certain medical information in the administrative record from one of Plaintiff's treating physicians and, thereafter, to allow Aetna to conduct a full review of Plaintiff's long term disability claim.

It appears to the satisfaction of the Court that a stay of this action for that purpose is reasonable and not for the purpose of delay.

NOW, THEREFORE, on joint motion of the parties, it is ORDERED, ADJUDGED and DECREED that:

1.  This action be and is hereby stayed to permit the clarification of certain medical information in the administrative record and to allow Aetna to fully review Plaintiff's claim for long term disability benefits;

2.  The parties shall obtain this clarification within 30 days of the date of this Order. Thereafter, the Plan, through its claims administrator, Aetna, shall review the information previously submitted by Plaintiff in connection with her claim for long term disability benefits,

obtain additional information, if necessary, and complete its review of Plaintiff's claim within 45 days of the date on which the clarification is obtained;

3.	Counsel for the Plan shall, within 14 days of the completion of the administrative review, advise counsel for Plaintiff of the decision with respect to Plaintiff's claim and furnish the Court a written report advising of the outcome of the administrative review.

4.	The parties are stayed from taking any further action in this case until this administrative review has ended;

5.	No party waives any right to assert any defense or claims currently available to it.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

June 28, 2011                                               Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge